**Order entered July 31, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01288-CR

**EMMY BACKUSY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-54232-N**

## ORDER

Before the Court is the State's July 30, 2018 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received on July 30 filed as of the date of this order.


/s/     LANA MYERS
          JUSTICE